No. 744, Misc. ALCORTA *v.* TEXAS. Motion for stay of execution of the death sentence granted. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Criminal Appeals of Texas

granted. Petitioner *pro se.* *Will Wilson,* Attorney General of Texas, *George Blackburn,* Assistant Attorney General, and *Felix H. Garcia* for respondent.